UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE:  Lawrence D. Litton and | ) | |
| Pamela L. Litton aka Pamela L. | | Case No.  13-21206-JAM |
| Shapiro aka Pamela L. Shapiro-Litton | | |
| | ) | Chapter 13 Proceeding |
| Debtor | ) | June 30, 2015 |

### NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS

Andrew S. Cannella of the firm of Bendett & McHugh, P.C. hereby appears on behalf of **Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust Series 2006-A12 Mortgage Pass-Through Certificates Series 2006-L** and requests that, pursuant to Bankruptcy Rule 2002(g), Andrew S. Cannella, Esq. of Bendett & McHugh, P.C. receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plans, disclosure statements, proposed orders, conformed copies of orders, and any other documents or instruments filed in the above-captioned bankruptcy proceeding.  All such documents should be served upon the following:

**Andrew S. Cannella, Esq.**
**Bendett & McHugh, P.C.**
**270 Farmington Avenue, Suite 171**
**Farmington, CT  06032**

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Code and Rules specified above, but also includes, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex, telecopy, or otherwise, which affects the Debtor or the property of the Debtor.

Dated at Farmington, Connecticut this 30th day of June, 2015.

    By */s/ Andrew S. Cannella*
      Andrew S. Cannella
      Movant's Attorney
      Federal Bar No.ct13590
      Bendett & McHugh, P.C.
      270 Farmington Avenue, Suite 171
      Farmington, CT  06032
      Phone: (860) 677-2868
      Fax: (860) 409-0626
      Email: BKECF@bmpc-law.com

CERTIFICATION OF SERVICE

      I hereby certify that on this 30th day of June, 2015, a copy of the foregoing was served to the following:

Lawrence D. Litton and Pamela L. Litton aka Pamela L. Shapiro aka Pamela L. Shapiro-Litton
Debtor
24 Pheasant Hill Road
Canton, CT 06019
*Via First Class Mail*

Molly T. Whiton, Esq.
Trustee
*Via Electronic Notice of Filing*

Suzann L. Beckett, Esq.
Debtor's Attorney
*Via Electronic Notice of Filing*

U.S. Trustee
Office of the U.S. Trustee
*Via Electronic Notice of Filing*


      By */s/ Andrew S. Cannella*
      Andrew S. Cannella
      Movant's Attorney
      Federal Bar No.ct13590
      Bendett & McHugh, P.C.
      270 Farmington Avenue, Suite 171
      Farmington, CT  06032
      Phone: (860) 677-2868
      Fax: (860) 409-0626
      Email: BKECF@bmpc-law.com